**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 19-6026**

WILLIAM CARAWAN, JR.,

    Plaintiff - Appellant,

   v.

GEORGE SOLOMON; BRAD PERRITT; GEORGE W. BAYSDEN, JR.; MARCUS HOVIS; OFFICER NORRIS,

    Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:16-ct-03269-FL)

Submitted: May 17, 2019        Decided: May 21, 2019

Before WILKINSON, KING, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Carawan, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Carawan, Jr., appeals the district court's order denying his motion for contempt. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carawan v. Solomon*, No. 5:16-ct-03269-FL (E.D.N.C. Dec. 10, 2018). Carawan's claim must be pursued in an independent action and is not cognizable in the current proceeding. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
